IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00302-REB-CBS

DAVID ALLEN BRASCHE, JR., a minor, by and through his guardian,
SALLY ORTEGA,

    Plaintiff,

v.

CITY OF WALSENBURG, a municipal corporation;
HUERFANO COUNTY;
HUERFANO COUNTY SHERIFF'S DEPARTMENT;
BRUCE NEWMAN, individually and as the Huerfano County Sheriff;
WALSENBURG POLICE DEPARTMENT;
GLYN RAMSEY, individually and as the Walsenburg Police Chief,
DAVID McCAIN;
ROBERT PACHECO;
PAUL ZUDAR;
DAN DURAN;
KEVIN VALLEJOS;
CHARLES MARTINEZ;
JOE HIBPSHMANB, individually and as Deputy Sheriffs of the Huerfano County Sheriff's office;
JOHN RODRIGUEZ;
KURT LIEBCHEN;
DON ORTIS;
HEATHER PACHECO; and
JENNIFER PACHECO, individually and as Police Officers of the City of Walsenburg Police Department,

    Defendants.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that Defendants' Unopposed Request for Ruling on Unopposed Motion for Limited Stay of Discovery (filed June 15, 2005, **doc. no. 25**) and Defendants' Motion for Limited Stay of Discovery (Opposed) (filed May 16, 2005, **doc. no. 10**) are **GRANTED**. Discovery as to the County Defendants is stayed pending a decision on their motion to dismiss. It is further

**ORDERED** that within **seven (7)** days of receiving an order on the Motion to Dismiss (doc. no. 14) parties are to submit a status report (either individually or jointly) addressing the action as it is currently postured and what discovery, if any, will be needed.

**DATED:**      June 20, 2005