IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00302-REB-CBS

DAVID ALLEN BRASCHE, JR., a minor, by and through his guardian,
SALLY ORTEGA,

     Plaintiff,

v.

CITY OF WALSENBURG, a municipal corporation;
HUERFANO COUNTY;
HUERFANO COUNTY SHERIFF'S DEPARTMENT;
BRUCE NEWMAN, individually and as the Huerfano County Sheriff;
WALSENBURG POLICE DEPARTMENT;
GLYN RAMSEY, individually and as the Walsenburg Police Chief,
DAVID McCAIN;
ROBERT PACHECO;
PAUL ZUDAR;
DAN DURAN;
KEVIN VALLEJOS;
CHARLES MARTINEZ;
JOE HIBPSHMANB, individually and as Deputy Sheriffs of the Huerfano County Sheriff's office;
JOHN RODRIGUEZ;
KURT LIEBCHEN;
DON ORTIS;
HEATHER PACHECO; and
JENNIFER PACHECO, individually and as Police Officers of the City of Walsenburg Police Department,

     Defendants.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that Defendants' Unopposed Motion to Vacate Scheduling Order (filed July 6, 2005; *doc. no. 32*) is **GRANTED**. As the Jury Trial and Trial Preparation Conference have been set by District Judge Blackburn, the Final Pretrial Conference set for November 8, 2006, remains set on the court's calendar. All other pretrial deadlines are **VACATED** and will be reconsidered after a decision is entered on the motions to dismiss. It is further

**ORDERED** that parties are to submit a status report with the court within **seventy-two (72)** hours of receiving a decision by District Judge Blackburn on the dispositive motions.

**DATED:**     July 13, 2005